UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21429-CIV-ALTONAGA/Damian

LOUISE FERNANDEZ,

    Plaintiff,
vs.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on April 14, 2023, and to date, there is no indication in the court file that Defendant has been served with the summons and Complaint. Therefore, on or before **July 13, 2023**, Plaintiff shall perfect service upon Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by July 13 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record